UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  16-16264 |
| | ) | |
| LUCKY # 5409, INC. | ) | Chapter: 11 |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## FINAL DECREE CLOSING THE CASE

This matter coming to be heard on the Motion (the "Motion") of Lucky #5409, Inc. and Azhar H. Chaudhry ("Chaudhry"), debtors and debtors in possession (the "Debtors"), for the entry of an order (I) an order modifying the confirmed plan of liquidation to permit pro rata payments to Class IV creditors; (II) the discharge of the individual Chapter 11 debtor, Azhar Chaudhry ("Chaudhry"); and (III) final decrees in the jointly administered bankruptcy cases; notice of the Motion having been given to all creditors and being proper and the requested relief being appropriate; and notice of all payments required under the confirmed First Amended Liquidating Plan, as modified having been given to all creditors;

IT IS HEREBY ORDERED THAT:

1. Case No. 16-16264 is closed.

2. An order of discharge pursuant to section 524(a) and 1141(d)(1) shall be entered for Chaudhry in Case No. 16-16273; and

2. Following entry of an order of discharge, Case No. 16-16273 is closed.

Enter:      *[signature]*

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  August 09, 2018

**Prepared by:**

Kevin H. Morse (# 6297244)
SAUL EWING ARNSTEIN & LEHR LLP
161 N. Clark Street, Suite 4200
Chicago, Illinois 60606
Tel:  312.876.7122
Fax: 312.876.0288