**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Azhar H. Chaudhry** | Social Security number or ITIN **xxx–xx–7774** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Northern District of Illinois** | | |
| Case number: **16–16273** | | |

## Order of Discharge                                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1141(d)(5) is granted to:

   Azhar H. Chaudhry

   August 31, 2018                                                **For the court:** Jeffrey P. Allsteadt, Clerk
                                                                                         United States Bankruptcy Court

---

**Explanation of Bankruptcy Discharge in an Individual Chapter 11 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 11 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

                                        **For more information, see page 2 >**

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of an individual chapter 11 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                    Case No. 16-16273-PSH
Azhar H. Chaudhry                                                                         Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: moneal                 Page 1 of 2                  Date Rcvd: Aug 31, 2018
                              Form ID: 3180RI              Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 02, 2018.
```
db            +Azhar H. Chaudhry,    7555 Sholer Avenue,    Bridgeview, IL 60455-1253
24527740      +Adeeba Sarwar,    240 Lee St,    Mount Prospect, IL 60056-2753
24527742      +Bank of America,    c/o Northstar Location Services,    4285 Genesee Street,
               Cheektowaga, NY 14225-1943
24527744      +Carmen D. Caruso Law Firm,    77 West Washington Street,    Suite 1900,    Chicago, IL 60602-3175
24527746      +Chase Mtg,    P.O. Box 24696,    Columbus, OH 43224-0696
24527747      +ComEd Bill Payment Center,    P.O. Box 6111,    Carol Stream, IL 60197-6111
24527749      +DineEquity, Inc.,    c/o Nicole Durham-Mallory,    450 N. Brand Blvd., 7th Floor,
               Glendale, CA 91203-2346
24755585      +IHOP Restaurants, LLC and related entities,    Robert E. Richards, Dentons US LLP,
               233 S Wacker Dr Suite 5900,    Chicago, IL 60606-6404
24527754      +International House of Pancakes LLC,    Robert King, c/o Dentons,
               233 South Wacker Drive, Suite 5900,    Chicago, IL 60606-6361
24527755      +International House of Pancakes LLC,    c/o General Counsel,    525 N. Brand Blvd., Third Floor,
               Glendale, CA 91203-3991
24527756      +JPM Chase,    P.O. Box 24696,    Columbus, OH 43224-0696
24775828      +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn Correspondence Mail,
               700 Kansas Lane,    Monroe LA 71203-4774
24783408      +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Attn: Correspondence Mail,
               Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203-4774
24783381      +JPMorgan Chase Bank, N.A.,    Chase Records Center,    Mail Code LA4-5555,    700 Kansas Lane,
               Monroe LA 71203-4774
26100409       JPMorgan Chase Bank, National Association,    c/o Manley Deas Kochalski LLC,    P.O. Box 165028,
               Columbus, OH 43216-5028
24598292      +Lucky # 5409 Inc,    7240 W 79th Street,    Bridgeview, IL 60455-1527
24527759      +MCSI Inc.,    P.O. Box 327,    Palos Heights, IL 60463-0327
24527758      +McLane Food Service, Inc.,    2085 Midway Road,    Carrollton, TX 75006-5063
24642039      +McLane Foodservice, Inc.,    Jonathan T. Edwards, Alston & Bird LLP,
               1201 W Peachtree Street, Suite 4900,    Atlanta, GA 30309-3466
24527761      +Merchants Credit Guide,    223 West Jackson Blvd,    Suite 4,    Chicago, IL 60606-6914
24527762     #+Merle L Royce II Law,    70 W. Madison St. #2100,    Chicago, IL 60602-4253
24527763      +Nicor Gas,    P.O. Box 5407,    Carol Stream, IL 60197-5407
24598293      +Ron Matin/Empire Restaurant Group,    10205 Mulberry Lane Suite H,    Bridgeview, IL 60455-6000
24527764      +The Chicagoland & Suburban Law Firm,    248 S Marion St,    Suite 104,    Oak Park, IL 60302-3163
24771070      +The Chicagoland & Suburban Law Firm, P.C.,    248 S. Marion St., # 104,
               Oak Park, IL 60302-3163
24775212      +The Chicagoland & Suburban Law Firm, P.C.,    248 S. Marion, # 104,    Oak Park, IL 60302-3163
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
24612462       EDI: BECKLEE.COM Sep 01 2018 04:33:00      American Express Bank FSB,    c/o Becket and Lee LLP,
               PO Box 3001,    Malvern PA 19355-0701
24612587       EDI: BECKLEE.COM Sep 01 2018 04:33:00      American Express Centurion Bank,
               c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
24527741      +EDI: AMEREXPR.COM Sep 01 2018 04:33:00      Amex,    P.O. Box 297871,
               Fort Lauderdale, FL 33329-7871
24687028      +E-mail/Text: brian@bitlaw.org Sep 01 2018 00:56:05      Brian Ira Tanenbaum, Esq.,
               Law Offices of Brian Ira Tanenbaum,    2970 Maria Ave., Suite 207,    Northbrook, IL 60062-2024
24687022      +E-mail/Text: brian@bitlaw.org Sep 01 2018 00:56:05      Brian Ira Tanenbaum, Ltd.,
               Law Offices of Brian Ira Tanenbaum,    2970 Maria Ave., Suite 207,    Northbrook, IL 60062-2024
24527743       EDI: CAPITALONE.COM Sep 01 2018 04:34:00      Capital One Bank USA,    15000 Capital One Dr,
               Richmond, VA 23238
24588963       EDI: CAPITALONE.COM Sep 01 2018 04:34:00      Capital One Bank (USA), N.A.,
               by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
24527745      +EDI: CHASE.COM Sep 01 2018 04:33:00      Chase Card,    P.O. Box 15298,
               Wilmington, DE 19850-5298
24713426      +E-mail/Text: comedbankruptcygroup@exeloncorp.com Sep 01 2018 00:56:40
               Commonwealth Edison Company,    3 Lincoln Center,    Attn: Bankruptcy Department,
               Oakbrook Terrace, IL 60181-4204
24527750       EDI: DISCOVER.COM Sep 01 2018 04:33:00      Discover Financial Services LLC,    P.O. Box 15316,
               Wilmington, DE 19850
24527748      +EDI: IRS.COM Sep 01 2018 04:34:00      Department of the Treasury,    Internal Revenue Service,
               P.O. Box 7346,    Philadelphia, PA 19101-7346
24568510      +EDI: DISCOVER.COM Sep 01 2018 04:33:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
24527751       E-mail/Text: bknotice@ercbpo.com Sep 01 2018 00:55:51      Enhanced Recovery Corp.,
               8014 Bayberry Road,    Jacksonville, FL 32256-7412
24527752      +E-mail/Text: des.claimantbankruptcy@illinois.gov Sep 01 2018 00:56:45
               Ill Dept of Employment Security,    Benefit Payment Control Division,    P.O. Box 4385,
               Chicago, IL 60680-4385
24527753      +E-mail/Text: rev.bankruptcy@illinois.gov Sep 01 2018 00:55:35
               Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
               Chicago, IL 60664-0291
24527757      +E-mail/Text: brian@bitlaw.org Sep 01 2018 00:56:05      Law Offices of Brian Ira Tannenbaum,
               2970 Maria Avenue,    Suite 207,    Northbrook, IL 60062-2024
```

```
District/off: 0752-1          User: moneal             Page 2 of 2          Date Rcvd: Aug 31, 2018
                              Form ID: 3180RI          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
24527760        +EDI: TSYS2.COM Sep 01 2018 04:33:00      MCYDSNB,    9111 Duke Blvd,   Mason, OH 45040-8999
24686893        +E-mail/Text: brian@bitlaw.org Sep 01 2018 00:56:05
                 The Law Offices of Brian Ira Tanenbaum. Ltd.,    2970 Maria Avenue Suite 207,
                 Northbrook, IL 60062-2024
                                                                                             TOTAL: 18

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24621425*         American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
24732396*         American Express Bank FSB,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
24687064*        +Brian Ira Tanenbaum, Esq.,    Law Offices of Brian Ira Tanenbaum,    2970 Maria Ave., Suite 207,
                  Northbrook, IL 60062-2024
                                                                                            TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2018                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 31, 2018 at the address(es) listed below:

```
              Brian P Welch    on behalf of Creditor Adeeba  Sarwar bwelch@burkelaw.com,   gbalderas@burkelaw.com
              David K Welch    on behalf of Creditor Adeeba  Sarwar dwelch@burkelaw.com,
               gbalderas@burkelaw.com;bwelch@burkelaw.com;welchdr67393@notify.bestcase.com
              Eugene J Geekie, JR    on behalf of Interested Party    Lucky # 5409, Inc. Eugene.geekie@saul.com,
               cynthia.enright@saul.com
              Eugene J Geekie, JR    on behalf of Debtor 1 Azhar H. Chaudhry Eugene.geekie@saul.com,
               cynthia.enright@saul.com
              Kevin H Morse    on behalf of Debtor 1 Azhar H. Chaudhry kevin.morse@saul.com
              Michael L. Gesas    on behalf of Debtor 1 Azhar H. Chaudhry michael.gesas@saul.com,
               jurate.medziak@saul.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert E Richards    on behalf of Creditor    IHOP Restaurants LLC robert.richards@dentons.com,
               NDIL_ECF@dentons.com
              Sarah E Barngrover    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               amps@manleydeas.com
              Todd J Ruchman    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               amps@manleydeas.com
              William  Murakowski    on behalf of Petitioning Creditor    RY General Contractors caine93@live.com
              William  Murakowski    on behalf of Petitioning Creditor    Empire Restaurant Group, LLC
               caine93@live.com
              William A. Williams    on behalf of Debtor 1 Azhar H. Chaudhry bill.williams@saul.com
                                                                                             TOTAL: 13
```